No. 84–878. DRAGNA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–879. SOUTHMOST MACHINERY CORP. ET AL. *v.* SEVILLE INDUSTRIAL MACHINERY CORP. C. A. 3d Cir. Certiorari denied.

No. 84–883. KOLLSMAN ET AL., SPECIAL ADMINISTRATORS OF THE ESTATE OF KOLLSMAN *v.* CITY OF LOS ANGELES. C. A. 9th Cir. Certiorari denied.

No. 84–895. EVANS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–897. TESCH, SHERIFF OF CASS COUNTY, NEBRASKA, ET AL. *v.* MCCURRY ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–898. DYBCZAK *v.* TUSKEGEE INSTITUTE. C. A. 11th Cir. Certiorari denied.

No. 84–903. JOHNSON *v.* JOHN F. BEASLEY CONSTRUCTION CO. C. A. 7th Cir. Certiorari denied.

No. 84–905. TEXAS AMERICAN BANK ET AL., AS INDEPENDENT CO-EXECUTORS OF THE WILL OF MITCHELL *v.* SAYERS. Ct. App. Ky. Certiorari denied.

No. 84–908. CHURCH OF SCIENTOLOGY OF CALIFORNIA ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. C. A. 9th Cir. Certiorari denied.

No. 84–910. BUFFALO BROADCASTING CO., INC., ET AL. *v.* AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–912. MOORE ET UX. *v.* SOUTHWESTERN ELECTRIC POWER CO. C. A. 5th Cir. Certiorari denied.